# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**ERNESTO RIOS PARDINO**

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **06-40M-MPT**

I, **ERNESTO RIOS PARDINO**, charged in a complaint pending in this District with **ILLEGAL RE-ENTRY AFTER DEPORTATION**, in violation of Title **8**, U.S.C., **1326(a) and (b)(2)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

April 18, 2006

