IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 06- 44- UNA |
| | ) | |
| ERNESTO RIOS-PARDINO, | ) | REDACTED |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about April 6, 2006, in the State and District of Delaware, Ernesto Rios-Pardino, defendant herein, an alien and subject of Mexico, who had been deported from the United States on or about July 25, 2000, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Leonard P. Stark
Assistant United States Attorney

Dated: May 2, 2006

FILED

MAY 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE