Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06cr44SLR

**FILED**

MAY 16 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RG scanned

WILMINGTON DE 197
10 MAY 2006 PM 2 T

A □ INSUFFICIENT ADDRESS
C □ ATTEMPTED NOT KNOWN
S □ NO SUCH NUMBER/STREET
  □ NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
  □ OTHER

**RTS** RETURN TO SENDER

Elayne C. Bryn, Esq.
1515 Locust Street
Tenth Floor
Philadelphia, PA 19102

**Utility Events**
1:06-cr-00044-UNA USA v. Pardino

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 5/10/2006 at 4:14 PM EDT and filed on 5/10/2006
**Case Name:**     USA v. Pardino
**Case Number:**   1:06-cr-44
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Sue L. Robinson, as to Ernesto Rios Pardino. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:06-cr-44-1 Notice will be electronically mailed to:**

Leonard P. Stark     leonard.stark@usdoj.gov, theresa.jordan@usdoj.gov; usade.ecf@usdoj.gov

**1:06-cr-44-1 Notice will be delivered by other means to:**

Elayne Bryn
Elayne C. Bryn, Esq.
1515 Locust Street
Tenth Floor
Philadelphia, PA 19102