UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Ernesto Rios-Pardino<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. CR 06-44 (SLR)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on *May 18, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *June 16, 2006*. The time between the date of this order and *June 16, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

 

*/s/ Mary Pat Thynge*
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney