O 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE



UNITED STATES OF AMERICA

v.

ERNESTO RIOS PARDINO

**WARRANT FOR ARREST**

CASE NUMBER: 06- 40M-MPT

CR 06-44

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>ERNESTO RIOS PARDINO</u> when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

___ Indictment  Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging the Defendant with (brief description of offense)

knowingly re-entering the United States and being present in the United States after being deported, without prior approval of either the Attorney General or the Undersecretary for Border and Transportation Security,

in violation of Title _8_ United States Code, Section _1326(a)_.

<u>Honorable Mary Pat Thynge</u>
Name of Issuing Officer

<u>[signature]</u>
Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

April 6, 2006   Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

**FILED**
JUN 09 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Ernesto Rios Pardino

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-6-06 | William David, DUSM | William [signature] |
| DATE OF ARREST 4-6-06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest