IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Crim. No. 06-044-SLR |
| | ) |
| ERNESTO RIOS PARDINO, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this   *20th*   day of June, 2006, having

been advised by counsel that defendant intends to change his plea

of not guilty to guilty;

IT IS ORDERED that:

1.    A change of plea hearing is scheduled for

**Wednesday, August 9, 2006** at **4:30 p.m.** in courtroom 6B, on the

sixth floor of the J. Caleb Boggs Federal Building, 844 King

Street, Wilmington, Delaware.

2.    The time between this order and the **August 9, 2006**

change of plea hearing shall be excluded under the Speedy Trial

Act in the interests of justice.    18 U.S.C. § 3161(h)(8)(A).

 

 

_____
United States District Judge