**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S.COURTHOUSE
WILMINGTON, DELAWARE 19801

August 15, 2006

Elayne Bryn, Esquire
Two Penn Center
1500 J.F.K. Blvd.
Suite 1230
Philadelphia, PA  19102

      Re:  **United States v. Ernesto Pardino**,
           **Crim. No. 06-044-SLR**

Dear Ms. Bryn:

      As a follow-up to your concerns regarding the medical care provided to defendant by the Salem County Correctional Facility ("SCCF"), I contacted the United States Marshals Service.  After investigating this matter, the Marshal Service reported that defendant was not taking any prescription medication at the time of his incarceration.  However, because defendant indicated problems with his blood sugar level, as well as high blood pressure, the Marshal Service requested that SCCF monitor and evaluate defendant's medical condition.  As a result, defendant's blood sugar and blood pressure were tested on the following dates:  4/21/06; 4/26/06; 5/3/06; 5/10/06; 5/17/06; 5/24/06; 5/31/06; 6/7/06; 6/8/06; 7/5/06; and 8/2/06.  Each test result was normal and not indicative of diabetes or high blood pressure.

      Sincerely,

      Sue L. Robinson

cc:  Clerk of Court
     Dave W. Thomas, U.S. Marshal